```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Zu Dong Luo
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR S 08-543 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED |
| | ) ORDER CONTINUING CHANGE OF |
| v. | ) PLEA |
| | ) (July 10, 2009 before |
| ZU DONG LUO | )  Judge Burrell) |
| Defendant | ) |

This matter is now set for change of plea on July 10, 2009. Because the parties need more time to complete the plea agreement and because the Chinese interpreter is not available to assist in the change of plea until next week, it is STIPULATED that the matter be continued until July 17, 2009 at 9:00 AM and the parties request the Court so order with time under the speedy trial act excluded for counsel preparation (Local Code T4).

Dated July 8, 2009


  /s/ MICHAEL M. BECKWITH              /s/ J TONEY

     Michael M. Beckwith                 J. Toney


Assistant U.S. Attorney              Attorney for Defendant

1

SO ORDERED:

Dated:  July 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2